760 A.2d 367

**James McCUTCHEON and Geraldine McCutcheon**

v.

**PHILADELPHIA ELECTRIC COMPANY and Robert E. Lamb, Inc. and D.N.B. Mechanical Systems, Inc. and J.L. Sutch Construction Co., Inc.**

**Petition of D.N.B. Mechanical Systems, Inc.**

**Cross Petitioner: Philadelphia Electric Company.**

Supreme Court of Pennsylvania.

Sept. 27, 2000.

## ORDER

PER CURIAM:

AND NOW this 27th day of September, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the Superior Court erred in failing to consider issues raised on appeal which would afford appellants the greatest relief?

The Cross Petition of Philadelphia Electric Company is hereby Denied.